**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 20-10901-amc |
| Sheronda M. Wheeler, <br> Troy Wheeler, | Chapter 13 |
| Debtors. | |

**Order on Debtors' Objection to Claim No. 3**
**by Claimant US Bank Trust National Association**

**AND NOW**, after consideration of the Debtors' Objection to Claim No. 3 by Claimant US Bank Trust National Association, and after notice and a hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.
2. Claim No. 3 is **DISALLOWED**.

Date: _____

_____
Ashely M. Chan
U.S. Bankruptcy Judge