**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 20-10901-amc |
| Sheronda M. Wheeler,<br>Troy Wheeler, | Chapter 13 |
| Debtors. | |

**Certificate of Service**

I hereby certify that on this date a true and correct copy of the Debtors' Objection to Claim No. 3 by Claimant US Bank Trust National Association was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

US Bank Trust National Association
c/o Selene Finance, LP
9990 Richmond Ave Suite 400 South
Houston, TX 77042

Date: December 4, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com