# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Sheronda M. Wheeler,
    Troy Wheeler,

        Debtors.

Case No. 20-10901-amc

Chapter 13

### Notice of Objection to Claim No. 3
### by Claimant US Bank Trust National Association, and Hearing Date

The Debtor in the above-captioned matter has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held telephonically on Wednesday, January 10, 2024, at 11:00 a.m. before U.S. Bankruptcy Judge Ashely M. Chan. To attend the hearing, dial 877-873-8017 and enter access code 3027681. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below on or before Wednesday, January 3, 2024**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

        Michael A. Cibik
        Cibik Law, P.C.
        1500 Walnut Street, Suite 900
        Philadelphia, PA 19102
        215-735-1060
        mail@cibiklaw.com

Dated: November 4, 2023