**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Sheronda M. Wheeler,<br>    Troy Wheeler,<br><br>        Debtors. | Case No. 20-10901-amc<br><br>Chapter 13 |

**Debtors' Objection to Claim No. 4 by Claimant Philadelphia Gas Works**

**AND NOW**, Debtors Sheronda M. Wheeler and Troy Wheeler, by and through their attorney, object to a proof of claim filed by a creditor in this case pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1. In support of this objection, the Debtors state as follows:

1. Claimant Philadelphia Gas Works filed Proof of Claim No. 4.

2. Upon information and belief, the pre-petition amount due to PGW was paid by a Pennsylvania Homeowner Assistance Fund grant on or about August 2, 2023.

3. The Debtors object to Claim No. 4 on the basis that it has not been amended following payment of the PHAF grant and ask that it be disallowed.

**NOW, THEREFORE**, the Debtors request that this Court sustain their objection in the form of order attached and grant such other relief in their favor as may be necessary and proper under the law.

Date: December 4, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com