**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Sheronda M. Wheeler,<br>Troy Wheeler,<br><br>Debtors. | Case No. 20-10901-amc<br><br>Chapter 13 |

**Order on Debtors' Objection to Claim No. 4
by Claimant Philadelphia Gas Works**

**AND NOW**, after consideration of the Debtors' Objection to Claim No. 4 by Claimant Philadelphia Gas Works, and after notice and a hearing, it is hereby **ORDERED** that:

1. The objection is **SUSTAINED**.

2. Claim No. 4 is **DISALLOWED**.

Date:

                                                      Ashely M. Chan
                                                      U.S. Bankruptcy Judge