**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 20-10901-amc |
|     Sheronda M. Wheeler,<br>    Troy Wheeler, | Chapter 13 |
|                     Debtors. | |

**Certificate of Service**

    I hereby certify that on this date a true and correct copy of the Debtors' Objection to Claim No. 4 by Claimant Philadelphia Gas Works was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

    U.S. Trustee (CM/ECF)

    Scott F. Waterman (CM/ECF)

    Legal Counsel
    Philadelphia Gas Works
    800 W Montgomery Ave
    Philadelphia, PA 19122

| | |
|---|---|
| Date: December 4, 2023 | */s/ Michael A. Cibik*<br>Michael A. Cibik (#23110)<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>215-735-1060<br>mail@cibiklaw.com |