# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Troy Wheeler and Sheronda M.<br>       Wheeler,<br><br>            Debtor. | Case No. 20-10901<br><br>Chapter 13<br><br>Related to ECF No. 96 |

### Praecipe to Withdraw Objection

To the Clerk of Court:

      Please withdraw objection to Claim No. 3 which was filed with the Court on December 4, 2023 as ECF No. 96. Thank you.

Date: March 26, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com