# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10901 |
| Troy Wheeler and Sheronda M. Wheeler, | Chapter 13 |
| Debtor. | Related to ECF No. 98 |

## Praecipe to Withdraw Objection

To the Clerk of Court:

Please withdraw objection to Claim No. 4 which was filed with the Court on December 4, 2023 as ECF No. 98. Thank you.

Date: March 26, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com