| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-10901-AMC

Sheronda M. Wheeler  
Troy Wheeler  
4508 Overbrook Avenue  
Philadelphia  PA    19131

Petition Filed Date: 02/13/2020  
341 Hearing Date: 03/27/2020  
Confirmation Date: 09/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $400.00 | | 09/08/2023 | $350.00 | | 10/06/2023 | $350.00 | |
| 10/30/2023 | $250.00 | | 12/07/2023 | $250.00 | | 02/02/2024 | $350.00 | |
| 04/12/2024 | $250.00 | | 06/07/2024 | $350.00 | | 07/23/2024 | $350.00 | |

**Total Receipts for the Period: $2,900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,315.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sheronda M. Wheeler | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 2 | ASCENDIUM EDUCATION SOLUTIONS INC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | SELENE FINANCE LP<br>»» 003 | Mortgage Arrears | $7,180.49 | $7,180.49 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 004 | Unsecured Creditors | $2,273.18 | $124.18 | $2,149.00 |
| 5 | PHEAA<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $90,842.63 |
| 6 | TD BANK USA NA<br>»» 006 | Unsecured Creditors | $1,641.97 | $89.70 | $1,552.27 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $883.48 | $883.48 | $0.00 |
| 0 | CIBIK LAW, PC<br>»» EM2CD 1/25/22 | Attorney Fees | $800.00 | $800.00 | $0.00 |

**Chapter 13 Case No. 20-10901-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,315.00 | Current Monthly Payment: | $339.00 |
| Paid to Claims: | $13,077.85 | Arrearages: | $2,483.00 |
| Paid to Trustee: | $1,237.15 | Total Plan Base: | $18,832.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.