Certificate Number: 16339-PAE-DE-039111518

Bankruptcy Case Number: 20-10901



16339-PAE-DE-039111518

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 30, 2024</u>, at <u>4:15</u> o'clock <u>PM EST</u>, <u>Troy Wheeler</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    November 30, 2024      By:    /s/Kelley Tipton

                                            Name:   Kelley Tipton

                                            Title:    Certified Financial Counselor