Certificate Number: 16339-PAE-DE-039111520

Bankruptcy Case Number: 20-10901



16339-PAE-DE-039111520

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 30, 2024, at 4:16 o'clock PM EST, Sheronda Wheeler completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 30, 2024     By:   /s/Kelley Tipton

                              Name: Kelley Tipton

                              Title: Certified Financial Counselor