United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-10901-amc
Sheronda M. Wheeler  Chapter 13
Troy Wheeler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Dec 02, 2024      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sheronda M. Wheeler, Troy Wheeler, 4508 Overbrook Avenue, Philadelphia, PA 19131-1524 |
| 14467366 | + | Marsha Neifeld, Esq., PFCU, 12800 TOWNSEND ROAD, Philadelphia, PA 19154-1003 |
| 14467367 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14467373 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14820861 | + | The City of Phila and/or, Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esq., 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 03 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14467793 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 03 2024 00:04:00 | Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 14523611 | | Email/Text: megan.harper@phila.gov | Dec 03 2024 00:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14467359 | | Email/Text: megan.harper@phila.gov | Dec 03 2024 00:04:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14467360 | | Email/Text: megan.harper@phila.gov | Dec 03 2024 00:04:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14467357 | + | Email/Text: ecf@ccpclaw.com | Dec 03 2024 00:04:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14467361 | + | Email/Text: bankruptcy@philapark.org | Dec 03 2024 00:04:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14467362 | | Email/Text: bankruptcycourts@equifax.com | Dec 03 2024 00:04:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14526680 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 03 2024 00:04:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14467363 | ^ | MEBN | Dec 02 2024 23:59:38 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14467364 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 03 2024 00:04:00 | Great Lakes Higher Education Corporation, Attn: Bankruptcy, PO Box 7860, Madison, WI |

Case 20-10901-amc   Doc 135   Filed 12/04/24   Entered 12/05/24 00:40:17   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | 53707-7860 |
| 14467365 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2024 00:04:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14467370 | ^ | MEBN | Dec 02 2024 23:59:45 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14491559 | + | Email/Text: bncnotifications@pheaa.org | Dec 03 2024 00:04:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14467371 | + | Email/Text: bncnotifications@pheaa.org | Dec 03 2024 00:04:00 | PHEAA/HCB, Attn: Bankruptcy, 1200 N 7th St, 3rd Floor, Harrisburg, PA 17102-1444 |
| 14467369 | | Email/Text: CollectionsDept@PFCU.COM | Dec 03 2024 00:04:00 | PFCU, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14467368 | | Email/Text: bankruptcygroup@peco-energy.com | Dec 03 2024 00:04:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14467372 | + | Email/Text: bankruptcy@philapark.org | Dec 03 2024 00:04:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14467374 | + | Email/Text: bkteam@selenefinance.com | Dec 03 2024 00:04:00 | Selene Finance, Attn: Bankruptcy, PO Box 422039, Houston, TX 77242-4239 |
| 14496356 | + | Email/Text: bncmail@w-legal.com | Dec 03 2024 00:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14467376 | | Email/Text: DASPUBREC@transunion.com | Dec 03 2024 00:04:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14467375 | + | Email/Text: bncmail@w-legal.com | Dec 03 2024 00:04:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14480990 | + | Email/Text: RASEBN@raslg.com | Dec 03 2024 00:04:00 | U.S. Bank Trust NA, c/o Robertson, Anschutz...et al, 10700 Abbott's Bridge Road, Suite 170,, Duluth, GA 30097-8461 |
| 14472774 | + | Email/Text: bkteam@selenefinance.com | Dec 03 2024 00:04:00 | US BANK TRUST NATIONAL ASSOCIATION, C/O SELENE FINANCE, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14467377 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 03 2024 00:04:00 | Usdoe/glelsi, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14467358 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 20-10901-amc   Doc 135   Filed 12/04/24   Entered 12/05/24 00:40:17   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024                                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Sheronda M. Wheeler help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Troy Wheeler help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 134 − 125

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Sheronda M. Wheeler ) | Case No. 20−10901−amc |
| ) | |
| ) | |
|   Troy Wheeler ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 2, 2024                                                                                    For The Court

                                                                                                        Timothy B. McGrath
                                                                                                            Clerk of Court